JEFFREY D. WINCEHSTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
JORGE "COCO" PADILLA, ESQ. (Nevada Bar No. 16295)
E: JPadilla@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE WADE,<br><br>              Plaintiff,<br><br>       vs.<br><br>DAIFUKU AMERICA CORPORATION, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>              Defendants. | Case No.:   2:25-cv-01618-RFB-DJA<br><br>**Stipulation and Order to Dismiss Entire Action with Prejudice** |

        Plaintiff Theodore Wade and Defendant Daifuku Services America Corporation, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear his or its own costs and attorneys' fees.

/ / /


/ / /


/ / /

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local or state, or federal, in any forum that would be available.

Dated this 27th day of February, 2026.

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

/s/ Coco Padilla
JEFF D. WINCHESTER
Nevada Bar No. 10279
JORGE "COCO" PADILLA
Nevada Bar No. 16295
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** the foregoing stipulation (ECF No. 15) is **GRANTED**. This action is **DISMISSED** with prejudice, with each party bearing its own fees and costs. The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED**: March 2, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2